No. 79–708. PHILADELPHIA FOOD STORE EMPLOYERS' LABOR COUNCIL *v.* RETAIL CLERKS INTERNATIONAL ASSOCIATION, LOCAL 1349, ET AL. C. A. 3d Cir. Certiorari denied. ■

No. 79–723. SHELBY COUNTY GOVERNMENT *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 6th Cir. Certiorari denied.

No. 79–730. PUERTO RICO ET AL. *v.* COMMONWEALTH OIL REFINING CO., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–732. PHELPS *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 79–778. BOARD OF TRUSTEES OF KEENE STATE COLLEGE ET AL. *v.* SWEENEY. C. A. 1st Cir. Certiorari denied. ■

No. 79–794. DEVITO, DIRECTOR, DEPARTMENT OF MENTAL HEALTH & DEVELOPMENTAL DISABILITIES *v.* LANG. Sup. Ct. Ill. Certiorari denied.

No. 79–798. DEAN ET AL. *v.* AUSTIN, SECRETARY OF STATE OF MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied. ■

No. 79–818. KARIJOLIC *v.* ILLINOIS BELL TELEPHONE CO. C. A. 7th Cir. Certiorari denied.

No. 79–821. MORGAN & CO., INC. *v.* OLIN CORP., INC. C. A. 4th Cir. Certiorari denied.

No. 79–828. EDWARDS & HANLEY *v.* WELLS FARGO SECURITIES CLEARANCE CORP. C. A. 2d Cir. Certiorari denied. ■